# Court of Appeals
# of the State of Georgia

ATLANTA, May 15, 2017

*The Court of Appeals hereby passes the following order*

## A17I0211. DEPENDABLE MAIL SERVICES, INC. v. DIRECT DATA CORPORATION et al..

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

14A2496



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, May 15, 2017.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*